IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

MARYANN LOGAN,

      Defendant.

CIVIL ACTION
NO. 18-995

## ORDER

**AND NOW**, this 13th day of June, 2018, a default having been entered on May 18, 2018 due to Defendant's failure to appear and defend the instant matter, and upon consideration of Plaintiff's Motion for Default Judgment, it is hereby **ORDERED** that a hearing shall be held on Thursday, July 19, 2018, at 2:00 p.m. in the courtroom of the undersigned, 400 Washington Street, Reading, Pennsylvania.

      **IT IS FURTHER ORDERED** that Plaintiff shall serve the Defendant with a copy of this Order.

           **BY THE COURT:**

           **/s/ Jeffrey L. Schmehl**
           Jeffrey L. Schmehl, J.