IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARYANN LOGAN,<br><br>    Defendant. | CIVIL ACTION<br>NO. 18-995 |

## ORDER

**AND NOW**, this 18th day of June, 2018, a default having been entered on May 18, 2018 due to Defendant's failure to appear and defend the instant matter, and upon consideration of Plaintiff's Motion for Default Judgment, it is hereby **ORDERED** that the hearing previously scheduled for July 19, 2018 is rescheduled to **Tuesday, July 31, 2018 at 9:30 a.m.** in the courtroom of the undersigned, 400 Washington Street, Reading, Pennsylvania.

**IT IS FURTHER ORDERED** that Plaintiff shall serve the Defendant with a copy of this Order.

BY THE COURT:


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.