UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>MARYANN LOGAN<br><br>Defendant(s) | CIVIL NO. 18-00995 |

**CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz,, Esquire, here by certifies that the foregoing Order of has been served by first class mail, postage pre-paid, upon the parties listed below o June 19, 2018.

MARYANN LOGAN
52 Pennwick Drive
Lititz, PA 17543

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esq.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327