UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>MARYANN LOGAN<br><br>　　　　　　　　　　Defendant | CIVIL NO. 18-00995 |

**CERTIFICATE OF SERVICE**

I do hereby certify that service of the foregoing Statement of Damages and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment was made upon the following persons by mailing a true and correct copy thereof, postage prepaid, on this 25th day of July 2018, addressed as follows:

MARYANN LOGAN
52 Pennwick Drive
Lititz, PA 17543

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　　(215) 825-6327
　　　　　　　　　　　　　　　　　RSolarz@kmllawgroup.com