UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>MARYANN LOGAN<br><br>Defendant(s) | CIVIL NO. 18-00995 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

      Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(x)      Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )      Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )      Certified mail by Sheriff's Office.
( )      Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )      Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )      Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.
**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )      Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )      Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )      Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                                                                        Respectfully submitted,

                                                                       BY: Rebecca A. Solarz, Esq.
                                                                       Attorney for Plaintiff



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 18-00995

Sheriff's Sale Date: 11/29/2018

v.

MARYANN LOGAN; et al.
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: NOTICE OF SALE

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MARYANN LOGAN the above process on the 16 day of August, 2018, at 8:38 o'clock, PM, at 52 PENNWICK DRIVE LITITZ, PA 17543, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 71-80  Height 5'6  Weight 120  Race WHITE  Sex FEMALE  Hair BROWN
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of PA ) SS:
County of Berks )

Before me, the undersigned notary public, this day, personally, appeared __Denise Hinkle__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-179938
Case ID #:5272617

Subscribed and sworn to before me
this 17 day of Aug, 2018.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp., Berks County
My commission expires November 18, 2021

BA-NQS

USPS Manifest Mailing System                                                        Page   1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>7928-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703969242473<br>9171999991703969242473 | LOGAN, MARYANN<br>52 Pennwick Drive<br>Lititz, PA 17543 | <br>ERR<br>C | 2.520 | <br>1.40<br>3.45 | | | 7.37 |

| Page Totals | 1 | | 2.52 | 4.85 | | | 7.37 |
| Cumulative Totals | 1 | | 2.52 | 4.85 | | | 7.37 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____   Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                 C      Certified
                                 ERR    Return Receipt



| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | | |
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value If Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | | | | | | | | | | | |
| 2. | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | TENANTS / OCCUPANTS<br>52 Pennwick Drive<br>Lititz, PA 17543 | | | | U.S. POSTAGE »PITNEY BOWES<br>ZIP 19106 $ 001.95⁰<br>02 1W<br>0001391829 AUG. 17 2018. | | | | |
| 3. | Commonwealth of Pennsylvania, County of Lancaster | | | | | | | | | | | |
| 4. | 50 North Duke Street<br>Lancaster, PA 17608 | | | | | | | | | | | |
| 5. | Cavalry SPV I, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |
| Total Number of Pieces<br>Listed by Sender | Total Number of Pieces<br>Received at Post Office | Postmaster, Per (Name of receiving employee) | | | | | | See Privacy Act Statement on Reverse | | | | |

PS Form 3877, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-179938   Lancaster County   Sale Date: 11/29/2018

MARYANN LOGAN

NG5 - R. Augushn

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Plaintiff<br><br>vs.<br><br>MARYANN LOGAN<br><br>                      Defendant(s) | CIVIL NO. 18-00995 |

### AFFIDAVIT PURSUANT TO RULE 3129

      THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

      52 Pennwick Drive
      Lititz, PA 17543

1. Name and address of Owner(s) or Reputed Owner(s):

      MARYANN LOGAN
      52 Pennwick Drive
      Lititz, PA 17543

2. Name and address of Defendant(s) in the judgment:

      MARYANN LOGAN
      52 Pennwick Drive
      Lititz, PA 17543

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

      DOMESTIC RELATIONS OF LANCASTER COUNTY
      40 East King Street
      PO Box 83479
      Lancaster, PA 17608

      PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
      Health and Welfare Bldg. - Room 432
      P.O. Box 2675
      Harrisburg, PA 17105-2675

      Commonwealth of Pennsylvania, County of Lancaster
      50 North Duke Street
      Lancaster, PA 17608

Cavalry SPV I, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

       TENANTS / OCCUPANTS
       52 Pennwick Drive
       Lititz, PA 17543

    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: September 11, 2018

       KML Law Group, P.C.
       BY: Rebecca A. Solarz, Esq.
       Attorney for Plaintiff