

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 18-CV-995

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 52 PENNWICK DRIVE, LITITZ, PA 17543.

The public sale was held on NOVEMBER 29, 2018 and the highest bidder was Josh Mellinger for BP REAL ESTATE INV. group who bid the amount of $ 91,000.00.

By: _____
Deputy U.S. Marshal



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Josh Mellinger

ADDRESS: 1770 Oregon Pike

Lancaster PA 17601

PHONE (DAY): 717 327 0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group LP

The above is precisely how the name(s) are to appear in the deed

| | | |
|---|---|---|
| 61,000 | 73,000 | 85,000 |
| 63,000 | 76,000 | 87,000 |
| 65,000 | 79,000 | 88,000 |
| 67,000 | 81,000 | 89,000 |
| 69,000 | 83,000 | (91,000) |
| 71,000 | | |



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Cash Now LLC

ADDRESS: 63 MT Zion Rd
York PA 17406

PHONE (DAY): 717-577-5235

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Cash Now LLC

The above is precisely how the name(s) are to appear in the deed

| | |
|---|---|
| 62,000 | 75,000 |
| 64,000 | 78,000 |
| 66,000 | 80,000 |
| 68,000 | 82,000 |
| 70,000 | 84,000 |
| 72,000 | |



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: DAVE RUTT, DACE RAILING

ADDRESS: 210 MILLWOOD RD

LANCASTER PA 17602

PHONE (DAY): 717 826-4639

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

_____

The above is precisely how the name(s) are to appear in the deed

60,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: _BML Real Estate LLC_

ADDRESS: _289 Coroy Avenue_
_Elizabethtown PA 17022_

PHONE (DAY): _717-742-5448_

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

_____

The above is precisely how the name(s) are to appear in the deed

86,000
87,500
88,500
90,000

53 Pennwick Drive
Cash Flow LLC
Josh Mellinger

61,000 – 88,000 – 62,000
63,000 – 89,500 – 64,000
65,000 – (91,000) – 66,000
67,000 – 68,000
69,000 – 70,000
71,000 – 72,000
73,000 – 75,000
74,000 – 78,000
76,000 – 80,000
82,000 – 82,000
83,000 – 84,000
85,000
87,000

Davis Rutt
Davis Rakis

60,000

Dull RBA
555460

84,000
87,500
88,500
90,000