# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                    Plaintiff

v.                                                    Civil Action No: 18-00995

MARYANN LOGAN
                    Defendant(s)

## ORDER

AND NOW, this 24th day of January , 2019, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1.   That the public sale held on November 29, 2018 is hereby confirmed.

2.   That the Marshal is ordered and directed to execute and deliver to BP Real Estate Investment Group LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of MARYANN LOGAN in and to the premises sold located at 52 Pennwick Drive, Lititz, PA 17543.

3.   That jurisdiction is retained for such further orders or decrees as may be necessary.

/s/ Jeffrey L. Schmehl
                                                                                    J.