**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>vs.<br><br>MARYANN LOGAN<br><br>                Defendant(s) | CIVIL NO. 18-00995 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser : $91,000.00

Amount of cash received ................................................................ $91,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2018A25456 ..................................................... $91,000.00

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000'– BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6327
