## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                                       CIVIL NO. 18-00995

               Plaintiff

vs.

MARYANN LOGAN

               Defendant(s)

## ASSIGNMENT OF BID

       **THIS ASSIGNMENT** is made this ___*5th*___ day of ___*February*___, 19:13, by ___*BP Real Estate Investment Group LP*___ (Assignor), to ___*BP Group LP*___ (Assignee).

       **WHEREAS**, Assignor was the successful bidder at the United States Marshal's of November 29, 2018 for the Property known as 52 Pennwick Drive Lititz, PA 17543.

       **WHEREAS**, Assignor, as successful bidder, assigns to Assignee its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania and all of Assignor's interest in the Property; and Assignee accepts Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignor does hereby assign, transfer and convey to Assignee, without recourse, all of its right, title and interest as successful bidder at the Marshal's Sale of the Property.

BY: _____
Name of successful bidder

As to Assignor

Sworn to and subscribed before me

This 5th day of February , 19:13

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Valerie A Olweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries

I hereby accept this Assignment of Bid.

BY: _____
Assignee
Address:
Phone Number:
As to Assignee

Sworn to and subscribed before me

this 12ᵗʰ day of February , 18:11.

_____
Notary Public

Commonwealth of Pennsylvania, Notary Seal
Valerie A. Olweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries